Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
MARIA JESUS JIMENEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARIA JESUS JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-04407-MAR<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,025.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: 12/16/21                                  _____
                                                                 HON. MARGO A. ROCCONI
                                                                 UNITED STATES MAGISTRATE JUDGE